UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | Case No.: 1:25-cv-02881 |
| Plaintiffs, | **NOTICE OF MOTION** |
| v. | |
| EDEN BRANDS INC., | |
| Defendant. | |

_____

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Sean T. Burns and Memorandum of Law, the undersigned counsel for Defendant, Eden Brands Inc., will move this Court before the Hon. Ona T. Wang, U.S.D.J., at the United States District Courthouse for the Southern District of New York at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D, New York, New York 10007, on a date to be set by the Court, for an Order pursuant to Fed. Ru. Civ. P. 12(b)(6) dismissing the Complaint (ECF Doc. No. 1) against Eden Brands Inc. for failure to state a claim upon which relief may be granted. This motion is made following the conference of counsel, which took place on July 10, 2025. Plaintiff declined an opportunity to amend.

Dated: New York, New York
          July 18, 2025

                                                                    KENNEDYS CMK LLP

                                                                    _____
                                                                    Sean T. Burns
                                                                    *Attorneys for Defendant*
                                                                    **EDEN BRANDS INC**.
                                                                    22 Vanderbilt, 24th Floor
                                                                    New York, New York 10017
                                                                    (646)625-3951
                                                                    Sean.Burns@kennedyslaw.com

TO:  All Counsel via ECF