UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | Case No.: 1:25-cv-02881 |
| Plaintiff, | **ATTORNEY DECLARATION IN SUPPORT** |
| v. | |
| EDEN BRANDS INC., | |
| Defendant. | |

_____

SEAN T. BURNS, ESQ., under penalty of perjury and pursuant to 28 U.S.C. § 1976, declares the following to be true and correct.

1. I am a partner with the law firm of KENNEDYS CMK LLP., attorneys for the Defendant, EDEN BRANDS INC. in this action. As such, I am fully familiar with the facts and circumstances set forth herein.

2. This Declaration is made based upon my personal knowledge of the file maintained by my office with respect to this matter and the procedure of this case.

3. This Declaration, along with the accompanying Memorandum of Law, is submitted in support of defendant's motion to dismiss plaintiff's action for failure to state a claim upon which relief may be granted. For the reasons set forth in defendant's Memorandum of Law, the within relief should be granted in its entirety.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        July 18, 2025

_____
SEAN T. BURNS, ESQ.