*Revised: March 8, 2018*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

|  |  |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated          Plaintiff(s), | : : : : No. _25_-cv-_2881___ (     ) (OTW) : |
|          -against- | : : |
| EDEN BRANDS INC.                    Defendant(s). | : : : : : : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

## REPORT OF RULE 26(f) MEETING AND PROPOSED CASE MANAGEMENT PLAN

In accordance with Federal Rule of Civil Procedure 26(f), counsel for the parties

spoke on _July 17, 2025 _____ _____ and exchanged communications thereafter, and

submit the following report of their meeting for the court's consideration:

1.    **Summary of Claims, Defenses, and Relevant Issues**

### Plaintiff:

_____

This putative class action relates to violation of the Telephone Consumer Protection

Act for individuals who were called without a prior relationship with the Defendant despite
being on the National Do Not Call Registry.

**Defendant:**

Defendant's defense relates to plaintiff's failure to adequately state a claim for which relief
can be granted under the Telephone Consumer Protection Act ("TCPA"). Defendant's
defense further relates to Plaintiff's telephone number giving prior express consent to
contact such regardless of Plaintiff's phone number being on the National Do not Call
Registry.

2.    **Basis of Subject Matter Jurisdiction:** _Federal Question

*Revised: March 8, 2018*

3.      **Subjects on Which Discovery May Be Needed**

Plaintiff:

The marketing text messages and calls sent by the Defendant so an expert can compare them to the National Do Not Call Registry and the Reassigned Number Database.

Defendant: The context in which Plaintiff's telephone was placed on the National Do not Call Registry. When Plaintiff's phone number was given to Defendant with prior express consent to contact them.

4.      **Informal Disclosures**

The information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure was

disclosed by Plaintiff(s) on _July 22, 2025 _____ . In addition, on _July 22,

2025 _____ , Plaintiff(s) produce an initial set of relevant documents identified in its

Initial Disclosures and will continue to supplement its production.

The information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure was*

disclosed by Defendant(s) on_____. In addition, on August 12, 2025, Defendant(s)

will produce an initial set of relevant documents identified in its Initial Disclosures and will

continue to supplement its production.

* *See paragraph 13 below*

5.      **Formal Discovery**

The parties jointly propose to the Court the following discovery plan:

a.      All fact discovery must be completed by __February 2, 2026 _____ .

b.      The parties are to conduct discovery in accordance with the Federal Rules

of Civil Procedure and the Local Rules of the Southern District of New York. The following

interim deadlines may be extended by the parties on consent without application to the Court,

provided that the parties meet the deadline for completing fact discovery set forth in 3(a) above.

    i.     <u>Depositions</u>: Depositions shall be completed by <u>February 2, 2026</u> and limited to no more than __7___ depositions per party. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    ii.    <u>Interrogatories</u>: Initial sets of interrogatories shall be served on or before <u>January 2, 2026</u>. All subsequent interrogatories must be served no later than 30 days before the discovery deadline.

    iii.   <u>Requests for Admission</u>: Requests for admission must be served on or before <u>January 2, 2026</u>.

    iv.   <u>Requests for Production</u>: Initial requests for production were/will be exchanged on <u>January 2, 2026</u> and responses shall be due on <u>February 2, 2026</u>. All subsequent requests for production must be served no later than 30 days before the discovery deadline.

    v.    <u>Supplementation</u>: Supplementations under Rule 26(e) must be made within a reasonable period of time after discovery of such information.

**6.    Anticipated Discovery Disputes**

Are there any anticipated discovery disputes? Does either party seek limitations on discovery? Describe.

   None at this time

**7.    Amendments to Pleadings**

| a. | Are there any amendments to pleadings anticipated? |
| | No |

    b.    Last date to amend the Complaint: ___September 12, 2025

*Revised: March 8, 2018*

8.    **Expert Witness Disclosures**

At this time, the parties Xdo/do not (circle one) anticipate utilizing experts. Expert

discovery shall be completed by __April 3, 2026___ _____ .

9.    **Electronic Discovery and Preservation of Documents and Information**

    a.    Have the parties discussed electronic discovery? _Yes_____

    b.    Is there an electronic discovery protocol in place? If not, when the

parties except to have one in place? _One does not appear to be needed _____

    c.    Are there issues the parties would like to address concerning

preservation of evidence and/or electronic discovery at the Initial Case Management

Conference?

_____None_____

_____

10.    **Anticipated Motions**

The Plaintiff anticipates filing a motion for class certification by April 17, 2026. The
Defendant anticipates filing a pre-answer Motion to Dismiss under Federal Rule of Civil
Procedure 12(b)(6) in response to Plaintiff's amended complaint

11.    **Early Settlement or Resolution**

The parties Xhave/have not (circle one) discussed the possibility of settlement. The

parties request a settlement conference by no later than __April 2026 _____ . The

following information is needed before settlement can be discussed:

        The text messages sent to putative class members so an expert can evaluate them

_____

_____

12.    **Trial**

    a.    The parties anticipate that this case will be ready for trial by ___Fall
        2026            .

*Revised: March 8, 2018*

  b.  The parties anticipate that the trial of this case will require __5___ days.

  c.  The parties do/do notX (circle one) consent to a trial before a Magistrate

Judge at this time.

  d.  The parties request a Xjury/bench (circle one)trial

  13.  **Other Matters**

 On August 12, 2025, Defendant will provide responses to plaintiff's first set of discovery demands, including interrogatories and request for admission dated June 3, 2025.

 On August 12, 2025 Defendant will produce the information required by Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted this __22nd___ day of _July, 2025_.

ATTORNEYS FOR PLAINTIFF(S): _/s/ Anthony

Paronich__

ATTORNEYS FOR DEFENDANT(S):

_____

Sean Burns

5