**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
SHERI BUTLER BROCKINGTON,                     :
                                              :
          Plaintiff,                       :     25-cv-2881 (GHW) (OTW)
                                              :
                                              :     **ORDER**
                                              :
          -against-                       :
                                              :
EDEN BRANDS INC.,                             :
                                              :
          Defendant.                       :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court held an Initial Case Management Conference in this action on July 29, 2025. During the conference, Defendant represented that, in light of the Plaintiff's amended complaint (ECF 22), Defendant's previously filed motion to dismiss is withdrawn (ECF 18).

      The parties are directed to file a joint status letter by **August 28, 2025** that addresses the following:

      (1) a proposed briefing schedule for a motion to dismiss Plaintiff's amended complaint;

      (2) a proposed discovery start date;

      (3) what discovery has been provided to date;

      (4) whether the parties have reached any agreement on rolling discovery; and

      (5) if the Defendants anticipate filing a motion to stay discovery, and if so, a proposed briefing schedule.

      It is **FURTHER ORDERED** that discovery is **STAYED** until **August 29, 2025**.

The Clerk of Court is respectfully directed to close ECF 18.

**SO ORDERED.**

Dated: August 1, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge