# MEMO ENDORSED.

**VIA ECF**
Hon. Ona T. Wang, U.S.M.J.
United States District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Kennedys**

22 Vanderbilt
24h Floor
New York
New York 10017
USA

T +1 212.252.0004
F +1 212.252.0444

www.kennedyslaw.com

1+646.625.3951

Sean.Burns@kennedyslaw.com

August 28, 2025

Re: *Sheri Butler Brockington, on behalf of herself and others Similarly situated v. Eden Brands Inc.*
Case No.: 1:25-cv-02881-GHW-OTW

**Joint Letter Regarding Pre-Answer Motion Practice and Discovery Deadlines**

Dear Hon. Judge Wang,

The parties write in reference to the above referenced action.

As brief background, on July 18, 2025, Defendant Eden Brands Inc., (hereinafter "Eden") filed a pre-answer motion to dismiss under Fed. R. Civ. P. 12(b)(6) on the basis that Plaintiff's complaint does not adequately state a claim for which relief can be granted. (ECF No.: 18). Defendant Eden filed a letter motion to stay discovery on this date as well. (ECF No.: 20). On July 21, 2025 The Court herein entered an order granting in part and denying in part that Motion to Stay Discovery, staying such until the July 29, 2025 conference discussed below. (ECF No.: 21). Also on July 21, 2025, in response to Defendant's pre-answer motion to dismiss, Plaintiff filed a amended complaint. (ECF No.: 22). On July 22, 2025, the parties to this action entered into a Fed. R. Civ. P. 12(b)(6) discovery report. (ECF No.: 23).

On July 29, 2025, the parties to this action appeared before the Honorable Magistrate Judge Ona T. Wang at the United States District Court for the Southern District of New York for an Initial Case Management Conference. (ECF No.: 24). At this conference, the parties agreed that in light of Plaintiff's Amended Complaint, Defendant would withdraw their July 18, 2025 Motion to Dismiss. Additionally, at this conference, the parties also agreed that in light of the delays in the execution of the transfer file from Defendant's prior counsel to their current counsel that Discovery would be stayed until August 29, 2025 to allow a proper execution of transfer as to information and documentation in possession of Defendant's prior counsel. Thus, the order entered by the Honorable Magistrate Judge Ona T. Wang directed the parties herein to submit this joint status letter which addresses (1) a proposed briefing schedule for a motion to dismiss Plaintiff's amended complaint; (2) a proposed discovery start date; (3) what discovery has been provided to date; (4) whether the parties have reached an agreement on

rolling discovery; and (5) if the defendants anticipate filing a motion to stay discovery, and if so a proposed briefing schedule.

1. **Proposed Briefing Schedule for Defendant's Motion to Dismiss**

In response to Plaintiff's Amended Complaint, Defendant withdrew their July 18, 2025 Motion to Dismiss without prejudice. Defendant's withdrew this motion with an understanding from Plaintiff and the Honorable Judge Ona T. Wang that they would file a new pre-answer motion to dismiss in response to this amended complaint. Thus, the parties have agreed to the following briefing schedule for the Defendant's pre-answer motion to dismiss:

- Defendant's Pre-Answer Motion to Dismiss is to be filed to the court on or before: September 19, 2025
- Plaintiff's Opposition to Defendant's Pre-Answer Motion to Dismiss is to be filed to the court on or before: October 20, 2025
- Defendant's response to Plaintiff's Opposition Dismiss is to be filed to the court on or before: November 3, 2025

2. **Proposed Start to Discovery**

As discussed above and in previous letters to the court (ECF No.:17), despite Kennedys CMK LLP being substituted as counsel for Defendant in this action on June 18, 2025, Defendant's prior counsel from K&L Gates LLP were unresponsive and/or failed to reciprocate Kennedys CMK LLP's efforts to execute the transfer file as to this matter until August 21, 2025. Thus, Defendant's are in the process of reviewing the documents herein, and agree to respond to the Plaintiff's discovery that was served several months ago on September 29, 2025. As such, all dates in the previous 26(f) discovery report will be adjusted to reflect this change in date accordingly.

3. **Discovery Provided to Date**

As discussed above, Defendant's current counsel has incurred unforeseen delays in receiving the documentation and information transferred from K&L Gates LLP. Thus, while Plaintiff has provided initial disclosures and has served several demands, Defendant's are in the process of formulating responses to such and plan to provide initial disclosures on or before: September 29, 2025.

4. **Parties Agreement as to Rolling Discovery**

The parties to this action have agreed to a rolling schedule as to discovery. This agreed upon schedule takes all of the dates from the 26(f) plan and delays them by 48 days from their initial set dates.

Hon. Ona T. Wang, U.S.M.J.
United States District Court
For the Southern District of New York
August 28, 2025
Page 3

### 5. Defendant's Motion to Stay Discovery

Defendant's will not be pursuing a Motion to Stay Discovery.

Respectfully Submitted,

KENNEDYS CMK LLP

_____
Sean T. Burns
*Attorneys for Defendant*
EDEN BRANDS INC.
22 Vanderbilt, 24th Floor
New York, New York 10017
(646)625-3951
Sean.Burns@kennedyslaw.com

PARONICH LAW, P.C.

/s/ Anthony Paronich
Anthony Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
Anthony@paronichlaw.com

Defendant's motion to dismiss is due September 19, 2025.
Plaintiff's opposition is due October 3, 2025.
Defendant's reply, if any, is due October 13, 2025.

**SO ORDERED**.

_____
Ona T. Wang          September 4, 2025
U.S.M.J.