UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | Case No.: 1:25-cv-02881 |
| Plaintiffs, | **NOTICE OF MOTION** |
| v. | |
| EDEN BRANDS INC, | |
| Defendant. | |

_____

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Sean T. Burns and Memorandum of Law, the undersigned counsel for Defendant, Eden Brands Inc., will move this Court before the Hon. Ona T. Wang, U.S.D.J., at the United States District Courthouse for the Southern District of New York at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D, New York, New York 10007, on a date to be set by the Court, for an Order pursuant to Fed. Ru. Civ. P. 12(b)(6) dismissing the Complaint (ECF Doc. No. 1) against Eden Brands Inc. for failure to state a claim upon which relief may be granted. This motion is made following the conference of counsel which took place on September 17, 2025.  Plaintiff declined the opportunity to amend.

Dated: New York, New York
September 19, 2025

KENNEDYS CMK LLP

_Sean T. Burns_
Sean T. Burns
*Attorneys for Defendant*
**EDEN BRANDS INC**.
22 Vanderbilt, 24th Floor
New York, New York 10017
(646)625-3951
Sean.Burns@kennedyslaw.com

TO:   All Counsel Via ECF