UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

SHERI BUTLER BROCKINGTON, on behalf of herself           Case No.: 1:25-cv-02881
and others similarly situated,

                                    Plaintiff,           **ATTORNEY
                                                         DECLARATION IN
                                                         SUPPORT**

            v.

EDEN BRANDS INC.,

                        Defendant.
_____

        SEAN T. BURNS, ESQ., under penalty of perjury and pursuant to 28 U.S.C. § 1976,

declares the following to be true and correct.

        1.      I am a partner with the law firm of KENNEDYS CMK LLP., attorneys for the

Defendant, EDEN BRANDS INC. in this action.  As such, I am fully familiar with the facts

and circumstances set forth herein.

        2.      This Declaration is made based upon my personal knowledge of the file

maintained by my office with respect to this matter and the procedure of this case.

        3.      This Declaration, along with the accompanying Memorandum of Law, is

submitted in support of defendant's motion to dismiss plaintiff's action for failure to state a

claim upon which relief may be granted.  For the reasons set forth in defendant's Memorandum

of Law, the within relief should be granted in its entirety.

        4.      I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        September 19, 2025

                                                        _____
                                                            SEAN T. BURNS, ESQ.