IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : : : : : | CIVIL ACTION FILE NO.: 1:25-cv-02881 |
| Plaintiff, | : : | |
| v. | : : | |
| EDEN BRANDS INC., | : : | |
| Defendant. | : : | |

_____

**JOINT MOTION FOR A PROTECTIVE ORDER**

_____

    Plaintiff Sheri Butler Brockington and Defendant Eden Brands Inc., jointly move the Court to enter the attached Agreed Protective Order to ensure that certain documents and information containing confidential and proprietary information are not used for some improper purpose or outside the scope of this litigation. The Proposed Agreed Protective Order approved by the parties for entry as attached hereto as <u>Exhibit 1</u>.

    Respectfully submitted this 14th day of January, 2026.

**PARONICH LAW, P.C.**
*/s/ Anthony I. Paronich*
Anthony I. Paronich
(BPR# 678437)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
***Attorneys for Plaintiff***

**KENNEDYS CMK LLP**

_____
Sean T. Burns
*Attorneys for Defendant*
EDEN BRANDS INC.
22 Vanderbilt, 24th Floor
New York, New York 10017
(646)625-3951
Sean.Burns@kennedyslaw.com
***Attorneys for Defendant***

1