**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SHERI BUTLER BROCKINGTON, on     :
behalf of herself and others similarly situated,   :    CIVIL ACTION FILE NO. 1:25-cv-02881
       :
      Plaintiff,          :
       :
v.                     :
       :
EDEN BRANDS INC.         :
       :
      Defendant.       :
       :
_____ /

**<u>Notice of Dismissal</u>**

     Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a).

  No Answer or Motion for Summary Judgment have been filed.


Dated: March 27, 2026           PLAINTIFF,



                       */s/ Anthony I. Paronich*
                       Anthony I. Paronich
                       Paronich Law, P.C.
                       350 Lincoln Street, Suite 2400
                       Hingham, MA 02043
                       (617) 485-0018
                       anthony@paronichlaw.com
                       *Pro Hac Vice*